McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| AMBER DAWN MERRIOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:19-cv-00977-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 14-day extension of time from November 19, 2019 to December 3, 2019 to file the electronic certified record. Last week, the paralegal assigned to file the record at the U.S. Attorney's office, informed Defendant's counsel that she had a copy of the record to file on the due date, November 19. However, when the assigned paralegal went to file the record today she realized that she had previously referred to the wrong transcript and is unable to locate the correct one. Defendant's counsel requested that the Office of Hearing Operations send an additional copy of the file to the U.S. Attorney's office as soon as possible. Counsel will instruct the U.S. Attorney's office to file the record as soon as it arrives.

This request is made in good faith with no intention to unduly delay the proceedings.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  November 19, 2019         */s/ Stuart T. Barasch by Chantal R. Jenkins\**
*As authorized *via* email on November 19, 2019
Stuart T. Barasch
Attorney for Plaintiff

Dated:  November 19, 2019         McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:     */s/ Chantal R. Jenkins*
CHANTAL R. JENKINS
Special Assistant United States Attorney

IT IS SO ORDERED.

Dated:   **November 20, 2019**              **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE