McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| AMBER DAWN MERRIOTT,<br><br>    Plaintiff,<br><br>vs.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:19-cv-00977-GSA<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br><br>SECOND REQUEST |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a 30-day extension of time from March 23, 2020 to April 22, 2020 to file his response to Plaintiff's brief. Defendant's counsel requests additional time because she is in the process of conferring with her client to determine if this matter can be resolved. The additional requested time would also allow counsel to complete a response to the pending motion for summary judgment if this matter cannot be resolved. Defendant's counsel will endeavor to complete these tasks as soon as possible.

///

///

| | |
|---|---|
| 1 | |
| 2 | This request is made in good faith with no intention to unduly delay the proceedings. |
| 3 | The parties further stipulate that the Court's Scheduling Order shall be modified |
| 4 | accordingly. |
| 5 | Counsel apologizes to the Court for any inconvenience caused by this delay. |

Respectfully submitted,

Dated:  March 20, 2020		*/s/ Stuart T. Barasch by Chantal R. Jenkins\**
						\*As authorized *via* email on March 20, 2020
						Stuart T. Barasch
						Attorney for Plaintiff


Dated:  March 20, 2020		McGREGOR W. SCOTT
						United States Attorney
						DEBORAH LEE STACHEL
						Regional Chief Counsel, Region IX
						Social Security Administration

					By:	*/s/ Chantal R. Jenkins*
						CHANTAL R. JENKINS
						Special Assistant United States Attorney


IT IS SO ORDERED.

    Dated:  **March 20, 2020**			     **/s/ Gary S. Austin**
						UNITED STATES MAGISTRATE JUDGE