McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8931
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| AMBER DAWN MERRIOTT,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | 1:19-cv-00977-GSA<br><br>STIPULATION AND PROPOSED ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Appeals Council will remand the case to a different Administrative Law Judge to issue a new decision. The Appeals Council will direct the Administrative Law Judge to offer Plaintiff the opportunity for a new hearing and reevaluate Plaintiff's subjective complaints; reevaluate Plaintiff's residual functional capacity; and, as necessary, obtain supplemental evidence from a vocational expert. The parties further request that the Clerk of the

Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

                                        Respectfully submitted,

Dated:  April 6, 2020                */s/ Stuart T. Barasch by Chantal R. Jenkins\**
                                           *As authorized *via* email on April 6, 2020
                                           Stuart T. Barasch
                                           Attorney for Plaintiff

Dated:  April 6, 2020                McGREGOR W. SCOTT
                                           United States Attorney
                                           DEBORAH LEE STACHEL
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                   By:     */s/ Chantal R. Jenkins*
                                                         CHANTAL R. JENKINS
                                                         Special Assistant United States Attorney

IT IS SO ORDERED.

    Dated:  **April 8, 2020**                          **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE